FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
1:59 pm, Aug 25, 2021
JEFFREY P. COLWELL, CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. _____
(To be supplied by the court)

John thomas Martinez jr

_____, Plaintiff v.

_____,

_____,

._____
,

Million Air Mechanical inc

Brent Chic  Defendant(s).

(*List each named defendant on a separate line.  If you cannot fit the names of all defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names.  The names listed in the above caption must be identical to those contained in Section B.  Do not include addresses here.*)

**EMPLOYMENT DISCRIMINATION COMPLAINT**

**NOTICE**

Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files.  Under this rule, papers filed with the court should not contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number.  A filing may include only: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

## A.   PLAINTIFF INFORMATION

*You must notify the court of any changes to your address where case-related papers may be served by filing a notice of change of address.  Failure to keep a current address on file with the court may result in dismissal of your case.*

*John Thomas Martinez Jr  7005 ½ Brighton Blvd Commerce City, Colorado 80022*

 (Name and complete mailing address)

(720)498-1618    martinezjt07@gmail.com

 (Telephone number and e-mail address)

## B.   DEFENDANT(S) INFORMATION

*Please list the following information for each defendant listed in the caption of the complaint.  If more space is needed, use extra paper to provide the information requested.  The additional pages regarding defendants should be labeled "B.  DEFENDANT(S) INFORMATION."*

 Defendant 1: Million Air Mechanical inc.   4892 Van Gordon street suite 202 Wheat Ridge, Colorado 80033

Name and complete mailing address)

(303)568-3709

(Telephone number and e-mail address if known)

 Defendant 2: Brent chic 4892 Van Gordon street suite 202 Wheat Ridge, Colorado 80033

(Name and complete mailing address)

(303)568-3709

(Telephone number and e-mail address if known)

## C.   JURISDICTION

*Identify the statutory authority that allows the court to consider your claim(s): (check all that apply)*

☒ Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. §§ 2000e, et seq. (employment discrimination on the basis of race, color, religion, sex, or national origin)

☒ Americans with Disabilities Act, as amended, 42 U.S.C. §§ 12101, et seq. (employment discrimination on the basis of a disability)

☐ Age Discrimination in Employment Act, as amended, 29 U.S.C. §§ 621, et seq. (employment discrimination on the basis of age)

☒ Other: (*please specify*) equal pay act

**D. STATEMENT OF CLAIM(S)**

*State clearly and concisely every claim that you are asserting in this action and the specific facts that support each claim. If additional space is needed to describe any claim or to assert additional claims, use extra paper to continue that claim or to assert the additional claim(s). Please indicate that additional paper is attached and label the additional pages regarding the statement of claims as "D. STATEMENT OF CLAIMS."* CLAIM ONE:

The conduct complained of in this claim involves the following: (*check all that apply*)

☐ failure to hire     ☐ different terms and conditions of employment

☐ failure to promote     ☒ failure to accommodate disability

☒ termination of employment     ☒ retaliation

☐ other: (*please specify*) _____

Defendant's conduct was discriminatory because it was based on the following: (*check all that apply*)

race ___ religion ___ national origin ☒ age ___ color ☒ sex ☒ disability

Supporting facts: I have rights to sue from the E.E.O.C

CLAIM TWO:

3

The conduct complained of in this claim involves the following: (*check all that apply*)

___ failure to hire  ___ different terms and conditions of employment

___ failure to promote  _X_ failure to accommodate disability

_X_ termination of employment  _X_ retaliation

___ other: (*please specify*) _____

Defendant's conduct was discriminatory because it was based on the following: (*check all that apply*)

race  religion  national origin _X_ age ___ color ___ sex _X_ disability

Supporting facts: I have rights to sue from the E.E.O.C. stating they failed to acomidate my injuries sustained in an auto accident on 07/02/2019 where Brent Chic lied to unemployment and workers comp about said accident getting me denied both when I was entitled to receive both

E.  **ADMINISTRATIVE PROCEDURES**

Did you file a charge of discrimination against defendant(s) with the Equal Employment Opportunity Commission or any other federal or state agency? (*check one*)

____ Yes  (***You must attach a copy of the administrative charge to this complaint***) ____
No

Have you received a notice of right to sue? (*check one*)

____ Yes  (***You must attach a copy of the notice of right to sue to this complaint***) ☒
No

F.  **REQUEST FOR RELIEF**

*State the relief you are requesting or what you want the court to do. If additional space is needed to identify the relief you are requesting, use extra paper to request relief. Please indicate that additional paper is attached and label the additional pages regarding relief as "F. REQUEST FOR RELIEF." I would like to have tjem pay for any more phisical therapy doctors visit emergency room visits then pain suffering. Because of all their lies I have homeless and my state of sanity is at a huge loss. So I would like to be reimburst for their lies*

G.  **PLAINTIFF'S SIGNATURE**

I declare under penalty of perjury that I am the plaintiff in this action, that I have read this complaint, and that the information in this complaint is true and correct. *See* 28 U.S.C. § 1746; 18 U.S.C. § 1621.

Under Federal Rule of Civil Procedure 11, by signing below, I also certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending or modifying existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

_____
(Plaintiff's signature)

(Date) 08/21/2021

(Revised December 2017)