# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

**FILED**
**UNITED STATES DISTRICT COURT**
**DENVER, COLORADO**
*4:47 pm, Oct 25, 2021*
**JEFFREY P. COLWELL, CLERK**

Civil Action No. 1.21-cv-02299-gpg

(To be supplied by the court)

John Thomas Martinez Jr.

_____, Plaintiff v.

_____,

_____,

_____.
,

Million Air Mechanical Inc.

Defendant(s).

(*List each named defendant on a separate line. If you cannot fit the names of all defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Section B. Do not include addresses here.*)

## EMPLOYMENT DISCRIMINATION COMPLAINT

### NOTICE

Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should not contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include only: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

A.  **PLAINTIFF INFORMATION**

*You must notify the court of any changes to your address where case-related papers may be served by filing a notice of change of address. Failure to keep a current address on file with the court may result in dismissal of your case.*

*John Thomas Martinez Jr*

*7005 ½ Brighton Blvd*

*Commerce City, Colorado 80022*

(Name and complete mailing address)

(720)498-1618   martinezjt07@gmail.com

(Telephone number and e-mail address)

B.  **DEFENDANT(S) INFORMATION**

*Please list the following information for each defendant listed in the caption of the complaint. If more space is needed, use extra paper to provide the information requested. The additional pages regarding defendants should be labeled "B. DEFENDANT(S) INFORMATION."*

Defendant 1: Million Air Mechanical inc.
4892 Van Gordon street suite 202 Wheat Ridge, Colorado 80033
Name and complete mailing address)

(303)568-3709

(Telephone number and e-mail address if known)

(Telephone number and e-mail address if known)

C.  **JURISDICTION**
  1. *Identify the statutory authority that allows the court to consider your claim(s): (check all that apply)* BRENT CHIC Million Airs manager would call me just about every morning

*either saying "whats up beaner get you ass going" or "hi and good morning my honey" after every time I told him I didn't appreciate him doing so. Then on 07/02/2019 I was traveling to next job which was an air conditioning replacement when I was tboned by another driver who ran a stop sign. This job I know I needed help so Brent chic was to meet me there to help with the removal of old system and placing of new unit. he was already on the schedule to be there to help not supervise as he has stated to workers compensation and unemployment, after that he left well I hooked up the electrical and such. Then Mr. chic lied about the severity of the accident saying all that needed to be replaced on the van was a tire. I was driving when a female ran a stop sign and tboned me. I have photo copies of emails between Shane Romero and insurance adjuster for the female that hit me says "perfect I have cut a check for $5,927.02 and sent to shop" " if the body shop finds anymore repairs have them submit another claiml. After accident I began complaining to Shane Romero and Brent chic everyday after never once did they say I needed to get checked all they would say is we need to get jobs done. Then on July 20th my helper did not show because I was or I was being made to work on a doctors note had to go replace a compressor when I pulled it out my already hurting arm tore more felt like it was being ripped off however on this day helper did not show and when I called Brent Chic to tell him about the helper and that I could not go because of my doctors note and I was afraid of hurting my arm more when Brent chic said We need to get that compressor replaced and that I would have to go do it on my own and if my helper is a no call no show that I was too…I said no I called and I am on a doctors note stating no work until cleared I have yet to be cleared, then Brent chic said geterdone#*



(××)Title VII the Civil Rights Act of 1964, as *amended,* 42 U.S.C. §§ 2000e, et seq. (employment discrimination on the basis of race, color, religion, sex, or national origin)



(××) Americans with Disabilities Act, as amended, 42 U.S.C. §§ 12101, et seq. (employment discrimination on the basis of a disability)

Age Discrimination in Employment Act, as amended, 29 U.S.C. §§ 621, et seq. (employment discrimination on the basis of age)



XX                                        Other: (*please specify*) equal pay act

### D.    STATEMENT OF CLAIM(S)

*State clearly and concisely every claim that you are asserting in this action and the specific facts that support each claim. If additional space is needed to describe any claim or to assert additional claims, use extra paper to continue that claim or to assert the additional claim(s). Please indicate that additional paper is attached and label the additional pages regarding the statement of claims as "D. STATEMENT OF CLAIMS." CLAIM ONE:*

*Title vii* i was called a beaner on numerous occasions by Brent chic and also called honey or babe

The conduct complained of in this claim involves the following: (*check all that apply*)

    \_\_\_ failure to hire      \_\_\_ different terms and conditions of employment

    \_\_\_ failure to promote      _X_ failure to accommodate disability

    _X_ termination of employment      _X_ retaliation

    _X_ other: (*please specify*) _____

Defendant's conduct was discriminatory because it was based on the following: (*check all that apply*)

     race    religion    national origin _X_    age _X_    color _X_    sex _X_    disability

    Supporting facts: Brent Chic would call me every morning and either say "get to it beaner get to work" or "hi honey" I am of hispanic orgin an straight

CLAIM TWO:      Million air forced me to go to work where I made my already hurting shoulder worse way worse I now have a bicep that has tore from shoulder that was dislocated with numerous tears lower back and neck sprains. Million air forced me to eork and ignoring my doctors note stating "no work until cleared" I have yet to be released.

The conduct complained of in this claim involves the following: (*check all that apply*)

    \_\_\_ failure to hire      \_\_\_ different terms and conditions of employment

    \_\_\_ failure to promote      _X_ failure to accommodate disability

    _X_ termination of employment      _X_ retaliation

    \_\_\_ other: (*please specify*) _____

Defendant's conduct was discriminatory because it was based on the following: (*check all that apply*)

race   religion   national origin  X̶   age  X   color   sex  X   disability

Supporting facts: I have rights to sue from the E.E.O.C. stating they failed to accommodate my injuries sustained in an auto accident on 07/02/2019 where Brent Chic lied to unemployment and workers comp about said accident getting me denied both when I was entitled to receive both

E.   **ADMINISTRATIVE PROCEDURES**

Did you file a charge of discrimination against defendant(s) with the Equal Employment Opportunity Commission or any other federal or state agency? (*check one*)

　　Yes  (***You must attach a copy of the administrative charge to this complaint***) ___
　　No  ✗

Have you received a notice of right to sue? (*check one*)

　　Yes  (***You must attach a copy of the notice of right to sue to this complaint***) ✗
　　No

F.   **REQUEST FOR RELIEF**

*State the relief you are requesting or what you want the court to do. If additional space is needed to identify the relief you are requesting, use extra paper to request relief. Please indicate that additional paper is attached and label the additional pages regarding relief as "F. REQUEST FOR RELIEF." I would like to have them pay for any and all medical  physical therapy doctors visit emergency room visits then pain suffering. Because of all their lies I have been  homeless and my state of sanity is at a huge loss. So I would like to be reimburst for their lies. I am asking the court to grant me medical which is at $80,000 .  then getting me denied both unemployment and workers compensation $200,000, then pain suffering and psychological $200,000 loss of wages dated back to 08/14/2019 $73,800, out of pocket expenses $50,000 and now my time and energy after fighting with them for 2 years duress $100,000 after everything is said and done I ask the court to grant me a total of $2,000,000 for Million Air and Brent Chics lies that has sent me on an emotional roller coaster at some point nearly killing myself.*

G.   **PLAINTIFF'S SIGNATURE**

I declare under penalty of perjury that I am the plaintiff in this action, that I have read this complaint, and that the information in this complaint is true and correct.  *See* 28 U.S.C. § 1746; 18 U.S.C. § 1621.

Under Federal Rule of Civil Procedure 11, by signing below, I also certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a no frivolous argument for extending or modifying existing law; (3) the factual contentions have evidentiary support or, if specifically so identified,



6

will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

_____
(Plaintiff's signature)

_____
(Date) 08/21/2021

(Revised Decemaber 2017)